UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-23637-KMM

JOSEPH LUBECK,

    Plaintiff,

v.

EMERGENT NETWORK DEFENSE, INC.,

    Defendant.
                                     /

## ORDER

THIS CAUSE came before the Court upon Plaintiff Joseph Lubeck's ("Plaintiff") Motion for Entry of Final Default Judgment ("Mot.") (ECF No. 24) against Garnishee Greenfield Law Group, P.A. ("Garnishee").

On September 22, 2020, the Clerk of Court issued a Writ of Garnishment as to Garnishee to secure payment on a final judgment of $915,472.43 against Defendant Emergent Network Defense, Inc. ("Defendant"). *See* (ECF No. 7) at 1–2. The Writ directed Garnishee to serve an answer within twenty (20) days stating (1) whether Garnishee is indebted to Defendant; (2) in what sum and what tangible or intangible personal property of Defendant Garnishee has in its possession or control; and (3) whether Garnishee knows of any other person indebted to Defendant, or who may have any of Defendant's property in its possession or control. *Id.*

On November 12, 2020, Plaintiff filed a notice informing Defendant that Garnishee had responded to the Writ on November 10, 2020—twenty-seven (27) days after its response was due—stating that it is holding $75,000.00 in a trust account for Defendant. *See generally* (ECF No. 17). Therein, Plaintiff notified Defendant that it had twenty (20) days from the date indicated on the Certificate of Service to respond to the Writ pursuant to Fla. Stat. § 77.055. *Id.*

1

On December 2, 2020, Defendant filed the Motion to Dissolve Writ of Garnishment. *See generally* (ECF No. 18). The next day, the Court ordered Plaintiff to show cause as to why Defendant's Motion should not be granted. *See* (ECF No. 19). Plaintiff responded to the Court's Order to Show Cause on December 10, 2020. *See* (ECF No. 20). Persuaded by Plaintiff's Response, the Court denied Defendant's Motion to Dissolve Writ of Garnishment on January 20, 2021. (ECF No. 21). On January 22, Plaintiff moved for Clerk's Entry of Default, which the Clerk entered the same day. *See* (ECF Nos. 22, 23). Thereafter, Plaintiff filed the instant Motion. *See generally* Mot.

Accordingly, UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED and ADJUDGED as follows:

1. Plaintiff Joseph Lubeck's Motion for Entry of Final Default Judgment (ECF No. 24) is GRANTED;

2. Final Default Judgment is entered in favor of Plaintiff Joseph Lubeck and against Garnishee Greenfield Law Group, P.A.;

3. Plaintiff is entitled to recover from Garnishee Greenfield Law Group, P.A. the sum of $75,000.00 held in trust for Defendant Emergent Network Defense, Inc. pursuant to Federal Rule of Civil Procedure 55(b) and Fla. Stat. §§ 77.081 and 77.083;

4. Pursuant to Fla. Stat. § 77.28, Plaintiff shall pay the $100.00 statutory garnishment fee in a check made payable to Garnishee Greenfield Law Group, P.A. to be mailed to 6111 Broken Sound Pkwy NW, Suite 350, Boca Raton, FL 33487;

5. The Court retains jurisdiction to enter reasonable attorney's fees and costs pursuant

       to S.D. Fla. L.R. 7.3; and

6.     All pending motions, if any, are DENIED AS MOOT.

       DONE AND ORDERED in Chambers at Miami, Florida, this  4th  day of March, 2021.

                                        */s/ K. M. Moore*
                                        K. MICHAEL MOORE
                                        CHIEF UNITED STATES DISTRICT JUDGE

c:     All counsel of record